**Criminal Case Cover Sheet**                                    **U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00082**
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: _X_ Yes ____

Defendant Name ___Young Hee Lee___

Alias Name _____

Address _____

___Tamuning, GU___

Birthdate _xx/xx/1971_  SS# ____  Sex _F_  Race _A_  Nationality _Korean_

**RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: ____ No _X_ Yes   List language and/or dialect: ___Korean___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___   ____ Petty  ____ Misdemeanor  _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(6) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _NOV 15 2006_    Signature of AUSA: _____