

lee28.ind2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00082 |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **CRIMINAL CONSPIRACY** [18 U.S.C. §§ 2 & 371] |
| YOUNG HEE LEE, | **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** |
| Defendant. | [18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A)] |

THE GRAND JURY CHARGES:

**COUNT I - CRIMINAL CONSPIRACY**

On or about August 25, 2004, within the District of Guam, the defendant herein, YOUNG HEE LEE, did willfully and knowingly combine, conspire, confederate and agree with Eun Young Lee and others, both known and unknown to the Grand Jury, to commit the offense of Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform at least an overt act for the purpose of carrying out

the conspiracy, to-wit: the submission of an application for a Guam driver's license learner's permit, said application bearing a false Taxpayer Identification Number (TIN) 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,

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

### COUNT II - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

On or about August 25, 2004, in the District of Guam, the defendant herein, YOUNG HEE LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: a Guam driver's license learner's permit, by means of a false Internal Revenue Service Taxpayer Identification Number (TIN) 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, and the production of said driver's license learner's permit was in and affected interstate and foreign commerce.

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii) and 1028(c)(3)(A).

DATED this 23rd day of January 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2