youngleeuns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 12 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YOUNG HEE LEE,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 06-00082<br><br>**APPLICATION TO UNSEAL RECORD** |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 12th day of May 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Case 1:06-cr-00082　　Document 7　　Filed 05/12/2008　　Page 1 of 1