LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00082 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER UNSEALING RECORD** |
| YOUNG HEE LEE, | ) | |
| Defendant. | ) | |

Through an application to unseal the record having come before this court and the court finding good cause for the issuance of the Order,

IT IS SO ORDERED that the above-captioned case be unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 12, 2008