# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00082            DATE: May 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 2:03:46 - 2:18:32

**APPEARANCES:**
Defendant: Young Hee Lee      Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent: Ken Klocke
U.S. Probation: John San Nicolas
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defense counsel informs the court that the defendant is married and her name is Young Hee Lee Dumlao.
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr., appointed to represent the defendant.
- Defendant waives reading of superseding Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Passport surrendered to U.S. Probation officer John San Nicolas.
- Trial Scheduling Order executed.
- Trial set for July 15, 2008 at 9:30 a.m.
- Defendant released.

NOTES: