DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00082 |
|---|---|
| Plaintiff, | |
| vs. | |
| **YOUNG HEE LEE,** | **APPOINTMENT ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that JOAQUIN C. ARRIOLA, JR., is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 12, 2008