PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | Judy Anne L. Ocampo, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

| [X] | **Original Notice** | [ ] | **Disposition of Original Notice** |
|---|---|---|---|

Date: **May 12, 2008**  Date: 

By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**  By: 

---

| Defendant: | **LEE, Young Hee** | Case Number: | **Criminal Case #06-00082-001** |
|---|---|---|---|
| Date of Birth: | **XX-XX-1971** | Place of Birth: | **Seoul, Korea** |
| SSN: | **XXX-XX-3209** | Alien ("A") Number: | **XXX XXX XXX** |

**NOTICE OF COURT ORDER** (Order Date: **May 12, 2008**   )

[x]   The above-named defendant surrendered Passport Number **XXXXXXXX**   (Issuing Country: **Korea**   ) to the custody of the U.S. Probation Office on **May 12, 2008**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]   Defendant not convicted.

[ ]   Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)