LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAY 28 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>YOUNG HEE LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00082<br><br>**SUBSTITUTION OF COUNSEL** |

I, **YOUNG HEE LEE**, Defendant in the above-entitled matter, hereby substitutes F. Randall Cunliffe, Esq. of the law offices of **CUNLIFFE & COOK**, in place and stead of the law offices of **ARRIOLA, COWAN & ARRIOLA** by Joaquin C. Arriola, Jr., Esq.

DATED: May 27, 2008.

                                **YOUNG HEE LEE**

I hereby consent to the above substitution and hereby withdraw as counsel of record for Defendant.

                                **ARRIOLA COWAN & ARRIOLA**

DATED: May 28, 2008.

                              By
                                JOAQUIN C. ARRIOLA, JR., ESQ.

I hereby accept the above substitution and hereby enter my appearance as counsel of record for Defendant in the above-referenced criminal case.

**ORIGINAL**

                                **CUNLIFFE & COOK**
                                A Professional Corporation

DATED: May 27, 2008.              By
                                F. RANDALL CUNLIFFE, ESQ.