LAW OFFICES
CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, Guam   96910
Telephone:   (671) 472-1824
Telefax:       (671) 472-2422

Attorneys for:   **Defendant**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00082 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER RE: SUBSTITUTION |
| YOUNG HEE LEE ) | OF COUNSEL |
| nka YOUNG HEE DUMLAO, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, and the Court having been apprised that Defendant DUMLAO executed a Substitution of Counsel substituting F. Randall Cunliffe, Esq., in place and stead of Joaquin C. Arriola, Jr., Esq. and counsels having accepted representation and withdrawn as counsel for Defendant DUMLAO respectively;

IT IS SO ORDERED that the law offices of CUNLIFFE & COOK, A Professional Corporation, by **F. Randall Cunliffe, Esq.**, is hereby substituted in as counsel for Defendant YOUNG HEE LEE nka YOUNG HEE DUMLAO in the above-entitled criminal matter



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: May 29, 2008**