**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
PRETRIAL CONFERENCE**

CASE NO.: CR-06-00082-001　　　　　　　　　　　　DATE: July 8, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 9:48:54 - 9:55:46

**APPEARANCES:**

Defendant: Young Hee Lee　　　　　　　　Attorney: F. Randall Cunliffe
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

**PROCEEDINGS: Pretrial Conference**
- Pretrial Conference continued. Counsel to meet with client re polygraph; if no agreement reached, government to dismiss the case with prejudice.

NOTES: Continuance for approximately 3 months.