

Lee28mtncont

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00082 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION TO CONTINUE TRIAL DATE** |
| YOUNG HEE LEE, ) | |
| Defendant. ) | |

COME NOW the United States, by and through undersigned counsel, and the defendant, YOUNG HEE LEE, and move this Honorable Court for an order continuing the trial in this matter, presently set for July 15, 2008. The parties make this motion because they believe that this case may be resolved without a trial. The government has offered the defendant a polygraph concerning the issue whether she and Eun Young Lee jointly submitted an application for a Guam beginner's permit. If the defendant passes the polygraph, the government will move to dismiss this indictment.

The Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), tolls the period in which a defendant must be brought to trial if the court finds that a continuance of the trial serves the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. The parties believe that a continuance of this trial date will facilitate a just disposition of this matter

without the expense and use of judicial resources required by a trial. The parties request that trial be continued for at least two months.

DATED: 7/9/08

*[signature]*
F. RANDALL CUNLIFFE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/9/08     By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

2