LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00082 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | **TRIAL DATE** |
| YOUNG HEE LEE, | ) | |
| Defendant. | ) | |

The parties have submitted a stipulated motion to the Court to continue the trial, which is presently set for July 15, 2008. The continuance requested by the parties will result in a delay of trial beyond the 70 days mandated by the Speedy Trial Act, 18 United States Code, Section 3161(c)(1). The government advances the following reason for the continuance.

The parties make this motion because they believe that this case may be resolved without a trial. The government has offered the defendant a polygraph concerning the issue whether she and Eun Young Lee jointly submitted an application for a Guam beginner's permit. If the defendant passes the polygraph, the government will move to dismiss this indictment. The parties believes that

the interests of justice will be served by granting a continuance of the trial.

Having been fully advised in the premises, this Court finds that the stipulated motion for continuance by the parties are justified under the Speedy Trial Act, and accordingly finds that the Act should be tolled pursuant to 18 U.S.C. § 3161(8)(A), the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED that trial of this matter shall be set to September 30, 2008, at 9:30 a.m.



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jul 10, 2008**