LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
**DISTRICT COURT OF GUAM**

JUL 1 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00082 |
| ) | |
| Plaintiff, ) | ₽₿ |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **PERMITTING DEFENDANT TO** |
| YOUNG HEE LEE, ) | **TRAVEL AND RELEASE OF** |
| Defendant. ) | **PASSPORT** |
| ) | |

**COMES NOW**, Plaintiff UNITED STATES OF AMERICA, represented by the **OFFICE OF THE UNITED STATES ATTORNEY**, through Karon V. Johnson, Assistant U.S. Attorney, and Defendant YOUNG HEE LEE, by and through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby stipulate as follows:

**(1)** That Defendant YOUNG HEE LEE shall be permitted to travel to Korea for a medical emergency to be performed at Sam Sung Jeail Hospital in Korea, departing Guam **July 18, 2008 and returning to Guam on July 28, 2008**. Defendant's contact information while in Korea is in care of her mother, Chol Chun Lim, 455-30, Seoul Yong San Gu Heawonl Dong; telephone number: 02-797-2374. A copy of the travel itinerary is attached hereto and marked Exhibit "1".

**(2)** That the above stated travel does not, in any way, modify any other conditions of Defendant's release, and said Defendant is to fully comply with all other terms and conditions of her release.

**(3)** That the U.S. Probation Office shall release the passport belonging to Defendant LEE within its possession to said Defendant.

(4)     That Defendant shall notify the Probation Office of her return, within one (1) working day of her arrival.

(5)     That Defendant shall surrender her passport to the U.S. Probation Office within the next working day after her return to Guam on or about *July 30, 2008.*

**SO STIPULATED:**

DATED: July 17, 2008
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI
**OFFICE OF THE U.S. ATTORNEY**

By _____
KARON V. JOHNSON
Assistant U.S. Attorney

DATED: July 17, 2008
**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.

**CONCURRED:**
OFFICE OF THE U.S. PROBATION

By _____
GRACE FLORES
Probation Officer

# ORDER

IT IS HEREBY ORDERED that Defendant YOUNG HEE LEE shall travel to Korea departing Guam **July 17, 2008** and returning **July 27, 2008**, as set forth above; that all other conditions of Defendant's release shall remain in full force and effect; and that the passport of Defendant shall be immediately released to her for this purpose.

SO ORDERED: _____
HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
DISTRICT COURT OF GUAM

1.LEE/YOUNGHEE.MS        2.DUMLAO/JOHN.MR

16JUL08

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE SUBJECT TO
CONDITIONS OF CARRIAGE WHICH HEREBY INCORPORATED BY REFERENCE. THESE
CONDITIONS MAY BE OBTAINED FROM THE ISSUING CARRIER.**
IF THE PASSENGERS JOURNEY INVOLVES AN ULTIMATE DESTINATION OR
STOP IN A COUNTRY OTHER THAN COUNTRY OF DEPARTURE THE WARSAW
CONVENTION MAY BE APPLICABLE AND THE CONVENTION GOVERNS AND IN
MOST CASES LIMITS THE LIABILITY OF CARRIERS FOR DEATH OR
PERSONAL INJURY AND IN RESPECT OF LOSS OF OR DAMAGE TO BAGGAGE.
ISSUED BY-EXPO TRAVEL UPPER TUMON GU

```
A FR 18JUL LV GUAM                 320A    KOREAN AIR     112H OK BREAKFAST
           AR SEOUL INCHEON INT    655A    BAGS ALLOWED- 2PIECE  OSTOP 772
NOT VALID FOR TRAVEL-BEFORE        /AFTER 18AUG

A SU 27JUL LV SEOUL INCHEON INT    820P    KOREAN AIR     111H OK DINNER
     28JUL AR GUAM                 140A    BAGS ALLOWED- 2PIECE  OSTOP 772
NOT VALID FOR TRAVEL-BEFORE 21JUL/AFTER 18AUG
```

            TICKET NUMBER(S):      E1805944496561-562
                                   AIR FARE              1826.00
                                   TAX                    100.04
                                   TOTAL AIR FARE        1926.04
                                   AMOUNT DUE            1926.04

THIS AMOUNT IS TO BE PAID BY: CASH

                    THANK YOU FOR YOUR BUSINESS