LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422
Attorneys for: **Defendant**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **06-00082** |
| Plaintiff, ) | |
| vs. ) | **ORDER PERMITTING** |
| ) | **DEFENDANT TO TRAVEL** |
| YOUNG HEE LEE, ) | **AND RELEASE OF PASSPORT** |
| Defendant. ) | |

**GOOD CAUSE HAVING BEEN SHOWN**, and the court being apprised that the parties have entered into a Stipulation Permitting Defendant to Travel and Release of Passport as Defendant LEE requires immediate medical attention and will be traveling to Korea for that purpose. The court being further apprised that the Stipulation having been executed by Defendant, her counsel and the U.S. Attorney's Office and the U.S. Probation Office having concurred,

**IT IS SO ORDERED THAT:**

**(1)** That Defendant YOUNG HEE LEE shall travel to Korea departing Guam **July 18, 2008** and returning **July 28, 2008**,

**(2)** That the passport of Defendant shall be immediately released to her for this purpose.

**(3)** That Defendant shall notify the Probation Office of her return, within one (1) working day of her arrival.

**(4)** That Defendant shall surrender her passport to the U.S. Probation Office within the next working day after her return to Guam on or about ***July 30, 2008.***

**(5)** That all other conditions of Defendant's release shall remain in full force and effect.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 17, 2008