LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

JUL 2 5 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00082 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MODIFICATION EXTENDING DEFENDANT'S TRAVEL FOR MEDICAL PURPOSES** |
| YOUNG HEE LEE, | ) | |
| Defendant. | ) | |

**COMES NOW**, Plaintiff UNITED STATES OF AMERICA, represented by the **OFFICE OF THE UNITED STATES ATTORNEY**, through Jeffrey J. Strand, First Assistant U.S. Attorney, and Defendant YOUNG HEE LEE, by and through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby stipulate as follows:

**(1)** That Defendant YOUNG HEE LEE was recently granted permission to travel to Korea for a medical emergency to be performed at Sam Sung Jeail Hospital in Korea, and departed Guam July 18, 2008 with a return date of July 28, 2008.

**(2)** That Defendant's husband, Mr. John Dumlao, has contacted counsel advising Defendant LEE requires further medical testing and therefore requests to extend her stay in Korea to undergo the testing and return to Guam no later than **August 4, 2008**. A copy of the revised travel itinerary is attached hereto and marked Exhibit "1".

**(3)** Defendant's contact information while in Korea is in care of her mother, Chol Chun Lim, 455-30, Seoul Yong San Gu Heawonl Dong; telephone number: 02-797-2374.

ORIGINAL

**(4)** That the above stated travel does not, in any way, modify any other conditions of Defendant's release, and said Defendant is to fully comply with all other terms and conditions of her release.

**(5)** That Defendant shall notify the Probation Office of her return, within one (1) working day of her arrival.

**(6)** That Defendant shall surrender her passport to the U.S. Probation Office within the next working day after her return to Guam no later than ***August 5, 2008.***

**SO STIPULATED:**

DATED: July 24, 2008
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI
**OFFICE OF THE U.S. ATTORNEY**

DATED: July 24, 2008
**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

By_____
F. RANDALL CUNLIFFE, ESQ.

**CONCURRED:**

**OFFICE OF THE U.S. PROBATION**

By_____
GRACE FLORES
Probation Officer

# KOREAN AIR 
## e-Ticket Itinerary/Receipt

 인쇄하기

| | | |
|---|---|---|
| 승객성명 | **Passenger Name** | LEE/YOUNGHEEMS |
| 예약번호 | **Booking Reference** | 2097858 |
| 항공권번호 | **Ticket Number** | 1805944496561 |

### 여정 Itinerary

**KE 112 Operated by KE (KOREAN AIR)**                           경유 Via : -

| 출발 Departure | 괌 (GUM) | 18JUL08 | 03:20 Local Time | Terminal No. : - |
| 도착 Arrival | 서울 (ICN) | 18JUL08 | 06:55 Local Time | Terminal No. : - |

| 예약클래스 Class | H (Economy) | 항공권 유효기간 | Not Valid Before | - |
| 예약상태 Status | OK (확약) | | Not Valid After | 18AUG08 |
| 운임 Fare Basis | HHWEE1M | 무료 수하물 허용량 Free Baggage Allowance | | 2 Pieces |

**KE 111 Operated by KE (KOREAN AIR)**                           경유 Via : -

| 출발 Departure | 서울 (ICN) | 03AUG08 | 20:20 Local Time | Terminal No. : - |
| 도착 Arrival | 괌 (GUM) | 04AUG08 | 01:40 Local Time | Terminal No. : - |

| 예약클래스 Class | H (Economy) | 항공권 유효기간 | Not Valid Before | 21JUL08 |
| 예약상태 Status | OK (확약) | | Not Valid After | 18AUG08 |
| 운임 Fare Basis | HHWEE1M | 무료 수하물 허용량 Free Baggage Allowance | | 2 Pieces |

### 항공사 직원을 위한 e-티켓 정보입니다. For Airline Staff

| | |
|---|---|
| Restriction | - |
| Conj.Ticket No. | - |
| Fare Calculation | GUM KE SEL Q40.00 416.50KE GUM Q40.00 416.50NUC913.00END ROE1 .00KE XT2.50AY27.86BP 1.80YQ4.50XFGUM4.5 |
| Fare Amount | USD 913.00 |
| Equiv. Fare Paid | - |
| Tax | USD 36.66XT 7.00XY 6.36GU |
| Total Amount | USD 963.02 |
| Form of Payment | CASH |
| Ticket Issue Date/Place | 16JUL08 / 54700052 / |

상기 운임정보는 공시운임으로 실제 지불 금액과 다를 수 있습니다. 지불금액은 영수증을 확인 바랍니다.

▶ 본 e-티켓 확인증과 함께 제공된 법적 고지문을 반드시 참고하여 주시기 바랍니다.

▶ e-티켓 확인증은 탑승수속시, 입출국/세관 통과시 제시하도록 요구될 수 있으므로 반드시 전 여행 기간 동안 소지하시기 바랍니다. e-티켓 확인증의 이름과 여권상의 이름은 반드시 일치해야 합니다.

▶ 대부분의 공항에서 탑승수속 마감 시간은 해당 항공편 출발 40분 전(미주, 유럽 출발편은 1시간 전)으로 되어있으니, 해당 출발 예정시각 최소 2시간 전에는 공항에 도착하시기 바랍니다.
단, 일부 공동운항편의 경우 탑승 수속은 운항항공사의 카운터에서 이루어지며, 운항항공사의 규정에 따라 탑승 마감시간이 다를 수 있습니다.

▶ 본 e-티켓 확인증은 e-Ticket의 정보 등을 확인하기 위하여 제공되는 서면에 불과하고 소지인에게 당해 운송 관련 어떠한 법적 권리를 부여하지 않습니다.
본 e-티켓 확인증을 임의로 수정 및 사용시 대한항공은 책임을 지지 않습니다.

▶ 항공사가 제공하는 운송 및 기타 서비스는 운송 약관에 준하며, 필요시 참조하실 수 있습니다.
이 약관은 발행 항공사를 통해 확인하실 수 있습니다.

Exhibit 1

대한항공 | 서울 강서구 공항동 1370 | 대표이사: 이종희 외 1명 | 사업자등록번호: 110-81-14794 | http://www.koreanair.

# 알림

KOREAN AIR

여객의 최종 목적지 또는 도중 착륙지가 출발국 이외의 타국 내의 1개 지점일 경우, 동 여객은 사망 또는 상해 및 수하물의 분실 또는 손상에 대한 운송인의 책임을 통상적으로 제한하는 "바르샤바협약" 또는 "몬트리올 협약"을 적용 받을 수 있습니다. 본 항공권에 수록된 "국제선 여객에 대한 책임 제한에 관한 고지" 및 "수하물 배상책임 한도"를 참조하시기 바랍니다.

## 계약 조건

1. 본 계약에서 사용되는 용어의 정의는 다음과 같습니다. "항공권"이란 본 "여객 항공권 및 수하물표" 또는 "전자 항공권"의 경우 적용되는 본 여정/영수증표를 말하는 것으로 본 계약조건 및 상기 알림은 본 항공권의 일부를 구성합니다. "운송"이란 "수송"을 말하며, "운송인"이란 여객 또는 그의 수하물을 본 계약 조건에 따라 운송하거나 또는 운송을 인수하거나 또는 당해 항공 운송에 수반되는 기타서비스를 행하는 모든 항공 운송인을 말합니다. "전자 항공권"이란 운송인 또는 운송인을 대리한 자에 의해 발행된 전자서식 및 탑승증표를 말합니다. "바르샤바협약"이란 1929년 10월 12일 "바르샤바"에서 체결된 "국제항공운송에 관한 일부 규칙의 의한 협약" 또는 1955년 9월 28일 "헤이그"에서 개정된 바르샤바 협약 중 적용되는 협약을 말합니다. "몬트리올 협약"이란 1999년 5월 28일 몬트리올에서 개정된 "국제항공운송에 있어서의 일부 규칙 통일에 관한 협약"을 말합니다.

2. 본 계약상의 운송이 바르샤바협약 또는 몬트리올협약에 정의된 국제선 운송일 경우, 그 운송은 당해 협약에서 정하고 있는 책임에 관한 규정 및 제한에 적용을 받습니다.

3. 각 운송인이 행하는 운송 및 기타서비스는 상기한 바에 저촉되지 않는 범위 내에서: (I) 본 항공권에 기재된 규정, (II) 유효한 태리프, (III) 본 계약 조건에 일부로 되어있는 운송인의 운송약관 및 관련규정(여객이 요청할 경우 운송인의 사무실에서 열람할 수 있습니다.)의 적용을 받습니다. 단, 미국 또는 캐나다 내의 1개 지점과 미국 및 캐나다 이외의 타국내의 1개 지점간의 운송에 관하여는 미국 및 캐나다에서 유효한 태리프가 적용됩니다.

4. 운송인의 명칭은 항공권 상의 약호로 표기될 수 있으며, 정식 명칭 및 그 약호는 운송인의 태리프, 운송약관, 규정, 운항 시각표에 기재되어 있습니다. 운송인의 주소는 항공권 상의 운송인의 약호명칭의 맞은편에 기재되어 있는 출발공항을 말합니다. 여객과 운송인간의 합의된 도중 착륙지는 본 항공권 상에 명시된 도중 착륙지 또는 여객의 여정 상에 계획된 도중 체류지로서 운송인의 운항시각표에 표시된 지점을 말합니다. 본 계약 조건 하에서는 2개 이상의 운송인에 의하여 연속적으로 행하여지는 운송은 단일 운송으로 간주합니다.

5. 타 항공 운송인의 노선 상의 운송을 위하여 항공권을 발행하는 항공 운송인은 단지 그 항공 운송인의 대리인으로서 항공권을 발행하는 것입니다.

6. 운송인의 면책 또는 책임 제한에 관한 제반 규정은 운송인의 대리인, 종업원 및 대표자, 그리고 운송을 위해 운송인이 사용하는 항공기의 소유자, 그의 대리인, 종업원 및 대표자 모두에게 적용됩니다.

7. 위탁 수하물은 수하물표 소지자에게 인도됩니다. 국제선으로 운송되는 수하물에 손상이 발생하였을 경우에는, 그 손상 발견 즉시 또는 늦어도 수하물을 수취한 날로부터 7일 이내에 운송인에게 서면으로 이의를 제기해야 하며, 지연의 경우에는, 수하물을 수취하여야 할 날로부터 21일 이내에 이의를 제기해야 합니다. 국제선 운송이 아닌 경우에는 국내선 태리프 또는 운송약관을 참조하시기 바랍니다.

8. 본 항공권, 운송인의 태리프, 운송약관 또는 관련 규정에 별도로 정한 경우를 제외하고는, 본 항공권은 발행일로부터 1년간 유효합니다. 계약 조건 상의 운송을 위한 운임은 운송개시 전에 변경될 수 있습니다. 유효한 운임이 지불되지 않았을 경우, 운송인은 운송을 거절 할 수 있습니다.

9. 운송인은 여객 및 수하물을 적기에 운송하기 위하여 최선의 노력을 할 의무가 있습니다. 운항 시각표 또는 기타에 표시된 시각은 변경될 수 있으며 본 계약의 일부를 구성하지 않습니다. 운송인은 부득이한 경우 통고 없이 운송인 또한 항공기를 타 운송인 또는 타 항공기로 대체할 수 있으며 또한 필요한 경우에는 항공권상에 표시된 도중 착륙지를 변경하거나 생략하지 않을 수 있습니다. 스케줄은 통고 없이 변경될 수 있으며, 운송인은 접속운항에 대하여 책임을 지지 않습니다.

10. 여객은 정부가 정한 여행 요건을 준수하여야 하며, 출입국 서류 및 기타 필요 서류를 정확히 작성하여 운송인이 지정한 시각까지 또는 시각이 지정되지 않을 경우에는 출국 수속을 완료할 수 있는 충분한 시간적 여유를 갖고 공항에 도착하여야 합니다.

11. 운송인의 대리인, 종업원 또는 대표자는 본 계약의 어떠한 규정도 변경하거나 수정하거나 또는 포기할 권한을 가지지 않습니다.

## 수하물 배상 책임 한도

사전에 보다 높은 가격이 신고되고 그에 대한 추가 요금이 지불되지 않는 한, 수하물의 분실, 지연 또는 손상에 대한 책임 한도액은 아래와 같이 제한됩니다. 대부분의 국제선 여행이 해당되는 바르샤바 협약 적용 구간은 위탁수하물의 경우는 파운드 당 미화 약 9.07불(킬로그램 당 미화 20불), 휴대 수하물의 경우는 여객 1인당 미화 400불입니다. 몬트리올 협약이 적용되는 구간일 경우 위탁 수하물과 휴대 수하물을 모두 포함하여 1인당 1,000 SDR입니다. 미국 내 지점 간 여행 시에는 연방정부 규정 상 항공사의 수하물 배상 책임 한도액은 여객 1인당 최소 미화 3,000불입니다. 어떤 종류의 물품에 대하여는 상기 한도액을 초과하는 가격을 신고할 수도 있습니다. 항공사는 파손 또는 부패되기 쉬운 물품이나 귀중품에 대하여는 책임을 지지 않습니다. 자세한 사항은 해당 항공사로 문의 하시기 바랍니다.

## 국제선 여객에 대한 책임 제한에 관한 고지

여객이 출발지국 이외의 국가 내에 최종 목적지 또는 도중 착륙지를 둔 여행을 할 경우에는, 출발지국 또는 목적지국 내의 구간을 포함한 전체 여행에 대하여 소위 바르샤바협약의 규정이 적용될 수 있습니다. 동 협약 및 유효한 태리프에 명시되어 있는 특별 운송 계약에 의해서 여객이 목적지, 출발지 또는 합의된 도중 착륙지를 미국 내에 둔 여행을 하는 경우에, 대한항공 및 당해 특별 계약의 당사자인 타 운송인이 여객의 사망 또는 부상에 대하여 지는 책임 한도는 대부분의 경우 여객 1인당 미화 75,000불을 초과하지 않는 범위의 입증된 손해로 제한되며, 동 한도까지의 책임은 운송인 측의 과실을 조건으로 하지 않는 것으로 규정되어 있습니다. 당해 특별 계약의 당사자가 아닌 운송인에 의하여 여행하는 여객의 경우, 또는 목적지, 출발지 또는 합의된 도중 착륙지를 미국 내에 두지 않는 여행을 하는 여객의 경우, 여객의 사망 또는 부상에 대한 운송인의 책임은 대부분의 경우 여객 1인당 미화 약 10,000불 또는 20,000불로 제한됩니다. 당해 특별 계약의 당사자인 운송인의 명칭은 당해 운송인의 항공권 발매 사무소에 비치되어 있으며 여객이 요청할 경우에는 열람할 수 있습니다.

보험회사의 보험에 가입함으로써 상기 배상액에 추가하여 보상을 받을 수 있습니다. 이 보험은 바르샤바협약 또는 당해 특별 운송 계약 상의 운송인의 책임 한도에 의하여 영향을 받지 않습니다. 자세한 것은 탑승 항공사 또는 보험회사의 직원과 상의하여 주시기 바랍니다.

〈주〉: 상기의 책임한도액 미화 75,000불은 소송비 및 제 경비를 포함한 금액입니다. 단, 소송비 및 제 경비를 별도로 재정하는 국가에서 제기된 배상 청구의 경우, 그 한도액은 소송비 및 제 경비를 제외한 미화 58,000불입니다.

## 대한항공의 여객배상책임에 관한 특별 고지

대한항공에 의한 국제 운송의 경우, 대한항공 운송약관에 따라 여객의 사망, 부상 또는 기타 신체 상해시 바르샤바 협약에 규정된 책임 한도를 적용하지 않습니다. 그러나, 대한항공은 100,000 SDR을 초과하는 배상청구 부분에 대해서는 동 협약 20조 (1)항의 항변권을 가집니다. EU 국가들을 도착지로 하는 국제운송의 경우, 대한항공은 EU 법률에 따라 여객의 사망, 부상 또는 기타 신체 상해시 보상금 일부를 선지급합니다.

## 항공편의 초과 예약

항공사는 사전 예고 없이 확약된 항공편에 탑승하지 않은 여객으로 인한 영향을 최소화하고, 해당 항공편 탑승을 원하는 여객이 좌석을 이용할 수 있도록 하기 위하여 초과예약을 접수할 수 있습니다. 항공사는 예약이 확약된 항공편의 좌석을 제공하기 위하여 최선을 다하지만, 좌석 제공이 절대적으로 보장되는 것은 아닙니다.

## 초과예약으로 인한 탑승 불가

(미국에서 항공권을 구입하고 여행을 개시하는 경우 본 고지문은 적용되지 않습니다) 항공사의 초과예약으로 인한 좌석 부족으로 예약이 확약된 항공편에 탑승하지 못한 여객에 대한 보상 규정이 일부 국가에서 시행됩니다. 자세한 사항은 항공사에서 확인하실 수 있습니다.

## 정부 부과 세금, 이용료 및 요금 안내

이 항공권 구입 가격에는 항공 운송에 대하여 각국 정부당국이 부과하는 세금, 이용료 및 요금이 포함될 수 있습니다. 이 같은 세금, 이용료 및 요금은 때에 따라 항공여행 경비의 상당 부분을 차지하는 경우도 있으며, 그 금액은 항공운임에 포함되거나 따로 세금(TAX/FEE/CHARGE)란에 표기되기도 합니다. 발권 시 지불되지 않은 세금, 이용료 및 요금은 나중에 징수될 수 있습니다.

## 예약 등급 준수

고객의 예약 클래스는 항공권을 구입하실 때, 지불하신 가격에 따라 차이가 있으며, 구입하신 항공권의 CLASS란에 표시되어 있습니다. 항공권 구입 후 예약을 변경하실 때는 항공권에 표시된 예약 클래스에 맞추어 예약을 하셔야 하며, 항공권의 예약 클래스와 예약하려는 클래스가 다를 경우에는 차액을 지불하셔야 예약/변경/탑승하실 수 있습니다.

## 예약의 취소

예약된 항공편을 이용하지 않으실 경우 사전에 예약을 취소해 주십시오. 사전 통보 없이 해당 예약편에 탑승하지 않으실 경우 계속편 또는 복편의 예약이 취소될 수 있습니다.

## 쿠폰 사용 순서

탑승용 쿠폰 또는 전자 쿠폰은 항공권 여정 사본 출발지부터 순서대로 사용되어야 합니다. 항공권상에 명시된 순서대로 사용하지 않을 경우 항공권은 운송을 위해 접수될 수 없으며, 환불 또는 무효로 처리됩니다.

## 특별 운임 제한 사항

특별 운임은 그의 규정상 유효기간, 환불, 도중체류, 예약클래스 예약 또는 여정 변경 등을 제한하고 있습니다. 여객이 적용 운임규정을 준수하지 않을 경우, 항공사는 운임을 추가 징수하거나 소정의 요금 또는 위약금을 부과할 수 있습니다.

## 환불

환불 신청은 항공권 유효기간 내에 하여야 합니다. 항공권 유효기간 만료 후 30일을 초과한 신청 시에는 환불을 거절할 수 있습니다. 환불 시 환불서비스 수수료 또는 위약금이 환불액에서 공제됩니다.



## 여행 안내 Travel Information

- 여행구비 서류 : 여행에 필요한 여권, 비자, 예방접종증명서 등 모든 구비 서류를 준비하시기 바랍니다.

- 탑승수속 :
  * e-티켓 확인증은 탑승수속시 입출국/세관 통과시 제시하도록 요구될 수 있으므로, 반드시 전여행 기간 동안 소지하시기 바랍니다. e-티켓 확인증의 이름과 여권상의 이름은 반드시 일치해야 합니다.
  * 대부분의 공항에서 탑승 수속 마감시간은 해당 항공편 출발 40분전(미주, 유럽 출발편은 1시간전)으로
  되어 있으니, 해당 항공편 출발 예정시각 최소 2시간전에는 공항에 도착하시기 바랍니다.
  단, 일부 공동 운항편의 경우 운항 항공사의 규정에 따라 탑승 수속 마감 시간이 다를 수 있습니다.

- 기내 반입 휴대 수하물 :
  * 일등석 및 프레스티지석 : 삼면의 합이 115cm(45inches)이하이며 중량의 합이 18kg 이하인 수하물 2개
  * 일반석 : 삼면의 합이 115cm(45inches)이하인 수하물 1개 및 추가 허용 품목 1개로 중량의 합이 12kg 이하 ( 추가 허용 품목 : 휴대용 컴퓨터, 서류가방, 핸드백 등 )

- 운송 금지 품목 :
  * 페인트, 라이터용 연료와 같은 발화성/인화성 물질
  * 산소캔, 부탄가스캔 등 고압가스 용기
  * 총기, 폭죽 등 무기 및 폭발물류
  * 탑승객 및 항공기에 위협을 줄 가능성이 있는 기타 품목
  ※ 고객님의 안전한 여행을 위해 대부분의 국가에서는 액체류의 기내휴대를 제한하고 있으니 사전에 확인하시기 바랍니다.

- 마일리지 적립 :
  * 마일리지 적립을 위하여 예약센터 또는 탑승수속직원에게 회원번호를 알려주시기 바랍니다.
  (무임항공권, 보너스항공권, 마일리지 적립 불가 조건으로 특별 우대 할인된 항공권은
  탑승하시는 경우 마일리지를 제공하지 않습니다.)

※ 기타 자세한 사항은 대한항공 직원 또는 대리점에 문의하여 주시기 바랍니다.

* T/F로 표시된 전화번호는 전화요금을 대한항공에서 부담하는 무료 전화입니다. 단, 이용하시는
  전화회사 사정과 호텔에 따라 전화 요금이 청구될 수 있사오니, 확인 후 이용하여 주시기 바랍니다.
* 위 전화번호는 사전고지 없이 변경될 수 있습니다.

* 해외에서의 사건 사고 발생시 영사 콜센터 이용(연중무휴 24시간 운영)
  현지국제전화코드 + 800-2100-0404(무료)/ + 822-3210-0404(유료)  * www.0404.go.kr(외교통상부)