LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422
Attorneys for: **Defendant**

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **06-00082** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER EXTENDING DEFENDANT'S TRAVEL FOR MEDICAL PURPOSES** |
| YOUNG HEE LEE, | ) | |
| Defendant. | ) | |

**GOOD CAUSE HAVING BEEN SHOWN**, and the court being apprised that Defendant YOUNG HEE LEE having been previously granted permission to travel to Korea for a medical emergency to be performed at Sam Sung Jeail Hospital in Korea, departed Guam on July 18, 2008 and return date of July 28, 2008. Counsel for Defendant having advised the U.S. Attorneys and U.S. Probation of Defendant requiring to have further medical testing in Korea and therefore request to extend her stay in Korea for this purpose and return to Guam August 4, 2008. The parties have executed a Stipulated Modification Extending Defendant's Travel For Medical Purposes and further concurred by the U.S. Probation Office in said extended travel,

**IT IS SO ORDERED THAT:**

**(1)** That Defendant YOUNG HEE LEE's travel date is hereby modified to allow for further testing in Korea and that Defendant's return date to Guam is extended to **August 4, 2008.**

**(2)** That Defendant shall notify the Probation Office of her return, within one (1) working day of her arrival to Guam.

**(3)** That Defendant shall surrender her passport to the U.S. Probation Office within the next working day after her return to Guam on or about ***August 5, 2008.***

**(4)** That all other conditions of Defendant's release shall remain in full force and effect.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 25, 2008